UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 1 2 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

John Mack Smith _____  3:15-cv-15039 _____

_____  _____

_____  _____

_____  _____

(Enter above the full name of the plaintiff  (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**  CIVIL ACTION NO. 3:15-CV-15039
(Number to be assigned by Court)

Cabell County Sheriff
Dept. for Cabell County Courthouse,
Officer (McCallister) (Big Moe)
and officer of Western Reg. Jail, C.O. Tigert (Transportation)

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____  No ___X___

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit:

       Plaintiffs: John Mack Smith 3535525

       Defendants: Cabell County Sheriff Dept, Deputy (Big Mac) McCallister and C.O. Tigert (Western Reg. Jail)

   2.  Court (if federal court, name the district; if state court, name the county);

       Huntington WV

   3.  Docket Number: N/

   4.  Name of judge to whom case was assigned: N/

   5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/

   6.  Approximate date of filing lawsuit: N/

   7.  Approximate date of disposition: N/

2

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No ____

    C. If you answer is YES:

        1. What steps did you take? When I told them I was injured they said its nothing and checked and took pictures of cuts.

        2. What was the result? Nothing but took photos of my cut and a XRAY a month later.

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: John Mack Smith

        Address: Western Reg Jail

    B. Additional Plaintiff(s) and Address(es): 330 7th street Huntington WV 25705

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Cabell Co. Sheriff (McCallister) "Big Mac"

is employed as: Cabell Sheriff Deputy

at Cabell Co. Courthouse to Transport

D. Additional defendants: C.O. Tigert at Western Regional Jail Barboursville WV

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All on Camera

While in full handcuffs belly chain leg cuffs about 14 inmates where ready for Transport to W.R.J. Cabell Co. Sheriff Deputy (McCallister) grabed a inmate to slam him to or move him from the room by (Excessive Force) and by his Excessive force malicious and sadistic use of said force knock me or I (into the gate of Steel Bars and into floor) where officer C.O. (WRJ) Tigert placed his boot on my chest as I Blackout hitting my head hard on the concreat floor and his boot cut my hands and arms as the handcuffs cut scars into my wrist and cut my forehead Bleeding.

## IV. Statement of Claim (continued):

Cabell Co Courthouse Vidio Camra's taped the whole unneed use of Excess of Force which also cause my injurys to occure. Simple removeal of the inmate would and easy could of been done. I feel because I was a sex offener on PC the Deputy Sheriff used his big body to cause Harm upon me handcuff and maliciously and Sadistically used said force to also cause harm and serious injurys also reinjuryed my back which now made my left hip to my toes neumb and in constant [harm?]. The medical staff has refused to xray my back. [Damn?]

The Source 0595003 [margin note] to inquestionemating [margin note]

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Violently assaulted while in full body handcuffs head to toe is simply (not part) of any penalty for a criminal offender to pay for offenses against society. I claim the sum of 999,999.00 dollars for Bodly Harm and undue mental stress and pain and suffering due to Cabell Co Sheriff Deputy (Big mac) McCallister malicious/sadistic use of force which also harm me as I stood handcuffed and cause Bot problem innocently. There was No Need to also Knock me down and I was Not the problem.

I ask for the video and
audio of this all was recorded
by 2 or 3 cameras

**V.     Relief (continued)):**

$ 999,999.00 is my relief I ask
the court have pay for the
excess of force brutality,
Which I carry lifetime pain
and suffering unneeded.

**VII.    Counsel**

    A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        None

    B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

        If so, state the name(s) and address(es) of each lawyer contacted:

        If not, state your reasons: _____

    C.   Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____*John M. Smith*_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
  (Date)

_____*John M. Smith*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Isha Smith 3535535

WESTERN REGIONAL JAIL
ONE O'HANLON PLACE
BARBOURSVILLE, WV 25504

LEGAL MAIL

CHARLESTON WV 250
10 NOV '15
PM 2 L

Clerk, United States District Court
845 Fifth Ave, Room 101
Huntington WV 25701

02 1P
0001773665
MAILED FROM ZIP CODE 25504
NOV 10 2015
$ 000.70⁵
UNITED STATES POSTAGE
PITNEY BOWES

25701201499